James C. Carmody
Velikanje Halverson P.C.
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone: 509-248-6030
Attorneys for Petitioners

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ORGANIC ENERGY CONVERSION COMPANY, LLC, a Washington limited liability company, and WILLIAM R. ROSE,<br><br>Petitioners,<br><br>DOUG FOOTH and QUALITY STORAGE LIMITED PARTNERSHIP, a Washington limited partnership,<br><br>Property Owners,<br><br>vs.<br><br>CITY OF MOXEE, a political subdivision of the State of Washington,<br><br>Respondent | NO. CV-08-3021-LRS<br><br>~~PROPOSED~~<br><br>ORDER GRANTING JOINT MOTION TO REMAND |

THIS MATTER, having come before the Honorable Lonny R. Suko on the parties' joint motion for remand and the Court having considered the motion, the Declaration of James C. Carmody and the files and records herein and the Court being

ORDER GRANTING JOINT
MOTION TO REMAND- 1

otherwise fully informed on the matter does hereby ORDER, ADJUDGE AND DECREE that:

1. Notice Dismissing Petitioner's § 1983 Claim has been filed with the court and such claim is dismissed; and

2. This case is remanded back to the Yakima County Superior Court without the assessment of costs, including reasonable attorney fees, to any party.

SO ORDERED this 22nd day of ~~May, 2008.~~ April, 2008.

s/Lonny R. Suko
_____
THE HONORABLE LONNY R. SUKO
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ James C. Carmody, WSBA No. 5205
VELIKANJE HALVERSON P.C.
*Attorneys for Petitioners*
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone: (509) 248-6030
Fax: (509) 453-6880
Email: jcarmody@vhlegal.com

s/ Michael B. Tierney, WSBA No. 13662
*Attorneys for Respondent*
*City of Moxee*
Michael B. Tierney, P.C.
2955 80th Ave S.E., Suite 205
Mercer Island, WA 98040
Telephone: (206) 232-3074
Facsimile: (206) 232-3076
Email: tierney@tierneylaw.com

ORDER GRANTING JOINT
MOTION TO REMAND- 2

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Attorneys for Respondent**    **Michael B. Tierney,** tierney@tierneylaw.com

s/ James C. Carmody, WSBA No. 5205
VELIKANJE HALVERSON P.C.
*Attorneys for Petitioners*
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone: (509) 248-6030
Fax: (509) 453-6880
Email: jcarmody@vhlegal.com

ORDER GRANTING JOINT
MOTION TO REMAND- 3